Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5233RBL |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING TRIAL |
| v. | ) | DATE |
| | ) | |
| ROY ALLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court having reviewed the records and files herein and the United States request to continue the trial, this Court finds:

1.      The defense has recently received discovery which includes records and undercover recordings.  The defense needs time to adequately review the discovery and conduct their own investigation to assist in the preparation of a their defense and pretrial motions.  The defendant has indicated that he agrees to the continuance by signing and filing a "Speedy Trial Waiver" [dkt #15] purporting to waive his speedy trial rights through October 31, 2011.  A Defendant may not waive his speedy trial rights.  _United States v. Berberian_ 851 F. 2d 236, 239 (9th Cir 1988).  A defendant may, however, stipulate to a continuance so that his counsel has adequate time for trial preparation.  _United States v. Palomba_, 31 F. 3rd 1456, 1462 (9th Cir 1994).  Counsel has indicated to

Order- 1
No. CR11-5233RBL

1  the Court that a new waiver containing a stipulation to continue based on the need for trial

2  preparation will be forthcoming.

3      2.    The parties have yet to conduct a discovery conference which is needed to

4  complete the discovery process.

5      3.    Given the parties respective schedules, the United States needs additional

6  time to be adequately prepared and to respond to any pretrial motions to be filed by the

7  defendant.

8      4.    Proceeding to trial absent adequate time for the parties to prepare would

9  result in a miscarriage of justice and would deny counsel for the defense or government

10  the reasonable time necessary for adequate preparation and continuity of counsel.  18

11  U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

12      IT IS HEREBY ORDERED that the trial date is now set for <u>October 24, 2011 @</u>

13  <u>9:00 am.</u>.

14      The resulting period of delay from the filing of this motion up to and including

15  October 24, 2011, is hereby excluded for speedy trial purposes under 18 U.S.C. §

16  3161(h)(7)(A).

17      The motion filing deadline is established as August 23, 2011.

18

19      IT IS SO ORDERED this 28th day of June, 2011.

20  

21      RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

22      *signed upon authorized (JAB)*

23  Presented by:

24  <u>s/ Bruce F. Miyake</u>
    BRUCE F. MIYAKE

25  Assistant United States Attorney

26  

27  

28  

Order- 2
No. CR11-5233RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970