```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

        AUG  1 2011       DJ

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
```

Received From SEATTLE

AUG 0 2 2011

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ROY ALLOWAY,

    Defendant(s).

Case No. CR11-5233RBL

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue 10 subpoenae in blank.

**11-CR-05233-PRAE**

Dated: August 1, 2011

Signature

For: Defendant

**PRAECIPE**

*[handwritten margin note: "Susy (in blank)"]*