# EXHIBIT A



**U. S. Department of Justice**

United States Attorney
Western District of Washington

---

*Please reply to:*
*Bruce F. Miyake*
*Assistant United States Attorney*
*Direct Line: (206) 553-2077*

*700 Stewart Street, Suite 5220*
*Seattle, WA 98101-1271*

*www.usdoj.gov/usao/waw*

Tel: (206) 553-7970
Fax: (206) 553-4986

August 19, 2011

Robert Goldsmith
Attorney at Law
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104

Re:  *United States v. Roy Alloway*
     No. CR11-5233, USDC, W.D. Washington

Dear Mr. Goldsmith:

This is in response to your letter dated July 27, 2011. As I indicated in our telephone conversation yesterday:

1. I will provide ATF reports of other gun shows that agents attended but did not purchase anything from Alloway. I did speak with Special Agent Heidi Wallace and she stated that there may have been a couple of gun shows they attended early in the investigation but did not write a report. I will confirm this point.

2. We previously provided you information we acquired from Gunbrokers.com. We believe this establishes evidence of other gun sales he was making online. Further, you have been provided your client's handwritten records which we believe detail other gun sales apart from the controlled buys.

3. As to the July 18, 2009, video, to date we have not enhanced it. We will be seeking to put together a disc of the relevant clips of the videos. Once we are done, we will provide it immediately.

4. As I mentioned, I will provide you copies of the grand jury transcripts of the witnesses in the next couple of weeks.

5. I also wanted to let you know that we obtained bank records for your client. I will provide a copy of those next week as well as a spread sheet of the deposits.

If you have any questions please let me know.

                                        Sincerely,

                                        JENNY A. DURKAN  
                                        United States Attorney

                                        BRUCE F. MIYAKE  
                                        Assistant United States Attorney