Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>ROY ALLOWAY,<br><br>                 Defendant. | NO. CR11-5233RBL<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR BRADY AND 404(B), AND DISCOVERY |

      The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Bruce F. Miyake, Assistant United States Attorney for said District, and files this response to Defendant, Roy Alloway's motion for discovery.

      In his motion the defendant, Roy Alloway, has requested production of Brady material including the reports and notes of ATF agents.

      The ATF investigation of Alloway was in conjunction with the investigation of three other individuals. The reports for all four targets were kept under one ATF case number. The United States has provided all ATF reports related to Alloway. Based upon the request of counsel, the United States will provide other ATF reports related to contacts with the other unrelated targets.

GOVERNMENT'S RESPONSE TO MOTION FOR DISCOVERY- 1
No. CR11-5233RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     The United States is aware of its Brady obligation and will comply with that
2 obligation.
3     DATED this 30th day of August, 2011.

                                            Respectfully submitted,

                                            JENNY A. DURKAN
                                            United States Attorney

                                            *s/Bruce F. Miyake*
                                            BRUCE F. MIYAKE
                                            Assistant United States Attorney
                                            700 Stewart Street, Suite 5220
                                            Seattle, WA 98101-1271
                                            Telephone: (206) 553-2077
                                            Fax: (206) 553-4986
                                            E-mail: bruce.miyake@usdoj.gov

GOVERNMENT'S RESPONSE TO MOTION FOR DISCOVERY- 2
No. CR11-5233RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/JANET K. VOS
Janet K. Vos
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
FAX:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

GOVERNMENT'S RESPONSE TO MOTION FOR DISCOVERY- 3
No. CR11-5233RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970