HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROY ALLOWAY,<br><br>        Defendant. | CASE NO. CR11-5233RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Defendant's Motion for Brady Material, etc., [Dkt. #22]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant's Motion is **DENIED as MOOT.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 29th day of September, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 1