The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROY ALLOWAY, <br> Defendant. | NO.   CR11-5233RBL <br><br> WAIVER OF INDICTMENT |

I, ROY ALLOWAY, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to the Fifth Amendment of the United States Constitution and Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open

//
//
//
//
//
//
//
//

court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

DATED this 12 day of October, 2011.

_____
ROY ALLOWAY
Defendant

_____
ROBERT GOLDSMITH
Attorney for Defendant

_____
BRUCE F. MIYAKE
Assistant United States Attorney

Approved:

_____
UNITED STATES DISTRICT JUDGE

WAIVER OF INDICTMENT/ALLOWAY-2