1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROY ALLOWAY,

    Defendant.

CASE NO CR11-5233 RBL

ORDER REGARDING
SENTENCING PROCEDURE

THIS MATTER comes before the Court on Defendant's conviction, and the Court having set ___JANUARY 20, 2012___ at ~~9:30 AM~~ *1:30 pm* for sentencing, it is hereby

**ORDERED**

**At least six (6) days prior to the Sentencing Hearing, Counsel shall inform the probation officer and the courtroom deputy, Jean Boring at (253)882-3823, whether or not an evidentiary hearing will be necessary at the sentencing and, if so, whether witnesses will be called, who they will be, and an estimated length of the hearing**

1. A presentence report is to be prepared by the U.S. Probation Department.

2. Not less than thirty-five (35) days before the sentencing hearing, the United States probation officer shall furnish the presentence report to the defendant, the defendant's counsel and the attorney for the government. Within fourteen (14) days after receiving the presentence report, the parties shall communicate in writing to the probation officer, and to each other, any objections to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report. After receiving objections, the probation officer may require the defendant, the defendant's counsel, and the attorney for the Government to meet with the probation officer to discuss

Sentencing Order -1

1   unresolved factual and legal issues.  The probation officer may also conduct a further
2   investigation and revise the presentence report as appropriate.

3       Not less than seven (7) days before the sentencing hearing, the probation officer shall
submit the presentence report, as revised, together with any addendum, setting forth any
4   unresolved objections, the grounds for those objections, and the probation officer's
5   comments on the objections and the sentencing recommendations, to the Court, the
defendant, the defendant's counsel and the attorney for the Government.

6       3. If the Government intends to file a § 5K1.1 motion for substantial assistance, the
7   motion must be served on all counsel and filed under seal fourteen (14) days prior to
8   sentencing.  In such event, the Government must also serve and file under seal a written
statement of the nature and extent of the defendant's cooperation.  Any motion under §
9   5K1.1 and the supporting written statement must also be provided to the probation officer
10  who has prepared the presentence report.  If the Government files a § 5K1.1 motion
11  requesting that the Court depart from the Guidelines, the defendant may file, in response,
his or her version of the defendant's cooperation.  Any such response by the defendant must
12  be filed at least six (6) court days prior to sentencing and may be included in the defendant's
13  sentencing memorandum.

14      4.  In the event the defendant wishes to provide a written statement accepting
responsibility, the statement should be signed by the defendant.  The original should be
15  provided to the United States Probation Office with a copy to the United States Attorney at
16  least fourteen (14) days prior to sentencing.

17      5.  Counsel for the United States or for a defendant shall serve copies of any
sentencing memorandum or related documents upon all other parties and upon the United
18  States Probation Office at least six (6) court days prior to sentencing.

19
20  The Clerk of the Court shall send uncertified copies of this Order to all counsel of record
and to the U.S. Probation Office.

21
22  DATED this __12ᵗʰ__ day of ___October___, 2011.

23

24

25  RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

26

Sentencing Order -2